*990 531 U.S. 1147;
531 U.S. 1148;
531 U.S. 1149;
531 U.S. 1151;
531 U.S. 1153;
531 U.S. 1154;
*991 No. 00-6288.
No. 00-6432.
No. 00-6555.
No. 00-6735.
No. 00-7157.
No. 00-7202.
No. 00-7247.
No. 00-7420.
No. 00-7436.
No. 00-7528.
No. 00-7549.
No. 00-7554.
No. 00-7577.
No. 00-7578.
No. 00-7653.
No. 00-7693.
No. 00-7748.
No. 00-7817.
No. 00-7818.
No. 00-7840.
No. 00-7842.
No. 00-7847.
No. 00-7859.
No. 00-7965.
No. 00-8027.
531 U.S. 1019;
531 U.S. 1154;
531 U.S. 1154;
531 U.S. 1086;
531 U.S. 1129;
531 U.S. 1156;
531 U.S. 1157;
531 U.S. 1162;
531 U.S. 1163;
631 U.S. 1167;
531 U.S. 1168;
531 U.S. 1168;
531 U.S. 1169;
531 U.S. 1169;
531 U.S. 1194;
531 U.S. 1173;
531 U.S. 1196;
531 U.S. 1197;
531 U.S. 1197;
531 U.S. 1177;
ante, p. 926;
531 U.S. 1177;
531 U.S. 1178;
531 U.S. 1180;
531 U.S. 1142;
*992 No. 00-8209.
No. 00-8396.
ante, p. 911; and
531 U.S. 1203. Petitions for rehearing denied.